U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

IRWIN MORTGAGE CORPORATION    V.
TERRA FINANCIAL CONSULTING CORPORATION,
GALYNA SVENTEK, PETRO KYSELYTSYA, ALEXEY Y.
KAPLAN a/k/a ALEX KAPLAN,
and ALEKSANDER KULCHITSKIY

Case Number: FILED: MAY 23, 2008
08 cv 3032   JH
JUDGE SHADUR
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

IRWIN MORTGAGE CORPORATION

| | |
|---|---|
| NAME (Type or print) <br> D. Alexander Darcy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ D. Alexander Darcy | |
| FIRM <br> Askounis & Darcy, PC | |
| STREET ADDRESS <br> 333 N. Michigan Ave., Suite 510 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06220515 | TELEPHONE NUMBER <br> (312) 784-2400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |