UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Irwin Mortgage Corporation

                              Plaintiff,

v.                                            Case No.: 1:08−cv−03032
                                           Honorable Milton I. Shadur

Terra Financial Consulting Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

       MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. Irwin's counsel is ordered to file a one−paragraph amendment ot the Complaint to cure that omission on or before June 3, 2008. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.