IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IRWIN MORTGAGE CORPORATION,       )
                                  )
            Plaintiff,            )
                                  )
    v.                            )   No. 08 C 3032
                                  )
TERRA FINANCIAL CONSULTING        )
CORPORATION, et al.,              )
                                  )
            Defendants.           )

## MEMORANDUM ORDER

Irwin Mortgage Corporation ("Irwin") has just filed its Complaint charging breach of contract and fraud on the part of a number of defendants. This memorandum order is issued sua sponte because the Complaint, which invokes federal jurisdiction on diversity of citizenship grounds, has inadvertently failed to identify the state of citizenship of defendant Alex Kaplan (see Complaint ¶5).

Accordingly Irwin's counsel is ordered to file a one-paragraph amendment to the Complaint to cure that omission on or before June 3, 2008. Because that appears to be a purely clerical error, this Court is contemporaneously issuing its customary initial scheduling order.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 27, 2008