IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRWIN MORTGAGE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>TERRA FINANCIAL CONSULTING CORPORATION, GALYNA SVENTEK, PETRO KYSELYTSYA, ALEXEY Y. KAPLAN a/k/a ALEX KAPLAN, and ALEKSANDER KULCHITSKIY,<br><br>    Defendants. | Case No. 08-cv-3032<br><br>Judge Shadur<br>Magistrate Judge Cole |

**AMENDMENT TO COMPLAINT**

NOW COMES IRWIN MORTGAGE CORPORATION ("IRWIN"), by and through its counsel, and for its Amendment to Paragraph 5 of its Complaint pursuant to this Court's Memorandum Order dated May 27, 2008, states as follows:

    5.    Upon information and belief, KAPLAN is a citizen of the State of Illinois who maintains his principal place of business at 4043 Dempster St., Suite C, Skokie, IL 60076. Upon information and belief, KAPLAN is an attorney and a shareholder of TERRA, and was at all relevant times responsible for managing TERRA's day to day operations. Kaplan Law Offices, P.C., KAPLAN's law firm, is not a party to this suit.

IRWIN MORTGAGE CORPORATION,

By:    s/ Alex Darcy
           Alex Darcy, Esq. (ARDC# 06220515)
           ASKOUNIS & DARCY, PC
           333 N. Michigan Ave.
           Suite 510

Chicago, IL 60601
312/784-2400
312/784-2410 (Facsimile)
adarcy@askounisdarcy.com

U:\BJohnson\Irwin Mortgage\Terra Financial\Amend. to Complaint.wpd