IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRWIN MORTGAGE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TERRA FINANCIAL CONSULTING ) <br> CORPORATION, GALYNA SVENTEK, PETRO ) <br> KYSELYTSYA, ALEXEY Y. KAPLAN a/k/a ) <br> ALEX KAPLAN, and ALEKSANDER ) <br> KULCHITSKIY, ) <br> ) <br> Defendants. ) | Case No. 08-cv-3032 <br><br> Judge Shadur <br> Magistrate Judge Cole |

## MOTION TO CONTINUE STATUS HEARING

NOW COMES Plaintiff IRWIN MORTGAGE CORPORATION ("IRWIN"), by and through its counsel, and for its Motion to Continue the Status Hearing, states as follows:

1. On May 23, 2008, IRWIN filed its Complaint for breach of contract, fraudulent misrepresentation, fraud and civil conspiracy in the above-captioned matter.

2. On May 30, 2008, the Court entered an Order whereby it set a status hearing for July 11, 2008 at 9:00 a.m.

3. Pursuant to the May 30, 2008 Order, counsel for plaintiff and for each defendant that has been served with process are to meet and undertake settlements efforts not later than fourteen (14) days before the Status Hearing Date.

4. To date, none of the defendants in this matter have been served with process. Accordingly, counsel for plaintiff has been unable to meet and confer per the Court's Order.

5. IRWIN therefore requests that the Court continue the July 11, 2008 status hearing for a period of thirty-five (35) days in order to allow for successful service of process.

WHEREFORE, IRWIN MORTGAGE CORPORATION respectfully requests that the Court enter an Order continuing the July 11, 2008 status hearing in the above-captioned case to August 15, 2008, or such other time to be determined by the Court.

IRWIN MORTGAGE CORPORATION,

Date: June 23, 2008          By:     s/ Alex Darcy
                                     Alex Darcy, Esq. (ARDC# 06220515)
                                     ASKOUNIS & DARCY, PC
                                     333 N. Michigan Ave.
                                     Suite 510
                                     Chicago, IL 60601
                                     312/784-2400
                                     312/784-2410 (Facsimile)
                                     adarcy@askounisdarcy.com

                                     U:\BJohnson\Irwin Mortgage\Terra Financial\Motion Continue Status.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IRWIN MORTGAGE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08-cv-3032 |
| v. | ) | |
| | ) | Judge Shadur |
| TERRA FINANCIAL CONSULTING CORPORATION, GALYNA SVENTEK, PETRO KYSELYTSYA, ALEXEY Y. KAPLAN a/k/a ALEX KAPLAN, and ALEKSANDER KULCHITSKIY, | ) ) ) ) ) ) | Magistrate Judge Cole |
| Defendants. | ) | |

**ORDER**

This matter coming to be heard, the Court being fully advised in the premises, and having jurisdiction of the subject matter;

IT IS HEREBY ORDERED, adjudged and decreed that the July 11, 2008 status hearing is hereby continued to August 15, 2008.

Date: _____, 2008

Entered:  _____
Honorable Judge Shadur

Prepared By:
Alex Darcy, Esq. (ARDC# 06220515)
ASKOUNIS & DARCY, PC
333 N. Michigan Ave., Suite 510
Chicago, IL 60601
312/784-2400
312/784-2410 (Facsimile)
adarcy@askounisdarcy.com