IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRWIN MORTGAGE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERRA FINANCIAL CONSULTING )<br>CORPORATION, GALYNA SVENTEK, PETRO )<br>KYSELYTSYA, ALEXEY Y. KAPLAN a/k/a )<br>ALEX KAPLAN, and ALEKSANDER )<br>KULCHITSKIY, )<br>)<br>Defendants. ) | Case No. 08-cv-3032<br><br>Judge Shadur<br>Magistrate Judge Cole |

## NOTICE OF MOTION

TO:    EX PARTE

PLEASE TAKE NOTICE that on the 25th day of June 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Shadur, in Courtroom 2303 of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present **Irwin Mortgage Corporation's Motion to Continue Status Hearing,** a copy of which is attached herewith and served upon you.

IRWIN MORTGAGE CORPORATION,

Date: June 23, 2008          By:    s/ Alex Darcy
                                    Alex Darcy, Esq. (ARDC# 06220515)
                                    ASKOUNIS & DARCY, PC
                                    333 N. Michigan Ave., Suite 510
                                    Chicago, IL 60601
                                    312/784-2400
                                    312/784-2410 (Facsimile)
                                    adarcy@askounisdarcy.com
                                    U:\BJohnson\Irwin Mortgage\Terra Financial\NOM.Motion Continue.wpd

1