AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Irwin Mortgage Corporation

CASE NUMBER: 08 CV 3032

V.

ASSIGNED JUDGE: JUDGE SHADUR

Terra Financial Consulting Corporation, Galyna Sventek, Petro Kyselytsya, Alexey Y. Kaplan a/k/a Alex Kaplan, and Aleksander Kulchitskiy

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

Alexey Y. Kaplan a/k/a Alex Kaplan
4043 Dempster Street, Suite C
Skokie, IL 60076

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Darcy, Esq.
Askounis & Darcy, PC
333 N. Michigan Avenue
Suite 510
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*
(By) DEPUTY CLERK

May 23, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 6-27-08 |
| NAME OF SERVER (PRINT) JEFFREY F. MILLS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 4043 DEMPSTER, SKOKIE, IL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED SUMMONS, COMPLAINT AND AMENDED COMPLAINT.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 0 | SERVICES $80 | TOTAL $80 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-27-08
           Date             Signature of Server

1673 SPAULDING RD., BARTLETT, IL 60103
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.