IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRWIN MORTGAGE CORPORATION, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TERRA FINANCIAL CONSULTING )<br>CORPORATION, GALYNA SVENTEK, PETRO )<br>KYSELYTSYA, ALEXEY Y. KAPLAN a/k/a )<br>ALEX KAPLAN, and ALEKSANDER )<br>KULCHITSKIY, )<br>)<br>    Defendants. ) | Case No. 08-cv-3032<br><br>Judge Shadur<br>Magistrate Judge Cole |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2008, I caused a true and correct copy of the Minute Entry entered June 24, 2008 to be served upon the following non-CM/ECF participant(s) by depositing same in the U.S. Mail:

Alexey Y. Kaplan a/k/a Alex Kaplan
4043 Dempster Street, Suite C
Skokie, IL 60076

Terra Financial Consulting Corporation
R/A: Alexey Y. Kaplan a/k/a Alex Kaplan
4043 Dempster Street, Suite C
Skokie, IL 60076

IRWIN MORTGAGE CORPORATION,

Date:  July 1, 2008          By:   s/ Alex Darcy
                                                    Alex Darcy, Esq. (ARDC# 06220515)
                                                  ASKOUNIS & DARCY, PC
                                                  333 N. Michigan Ave.
                                                  Suite 510
                                                  Chicago, IL 60601
                                                  312/784-2400
                                                  312/784-2410 (Facsimile)
                                                  adarcy@askounisdarcy.com

U:\BJohnson\Irwin Mortgage\Terra Financial\Cert.of Sevice.7-1-08.wpd