UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRWIN MORTGAGE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08CV3032 |
| ) | |
| TERRA FINANCIAL CONSULTING ) | Hon. Milton I. Shadur |
| CORPORATION, GALYNA SVENTEK, ) | |
| PETRO KYSELYTSYA, ALEXEY Y. ) | Magistrate Judge Jeffrey Cole |
| KAPLAN a/k/a ALEX KAPLAN, and ) | |
| ALEKSANDER KULCHITSKIY, ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION FOR EXTENSION OF TIME FOR TERRA FINANCIAL
CORPORATION AND ALEXEY Y. KAPLAN TO ANSWER OR
OTHERWISE PLEAD AND FOR CONTINUANCE OF STATUS HEARING**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants Terra Financial Consulting Corporation ("Terra") and Alexey Y. Kaplan ("Kaplan"), by their attorneys, request an extension of time to respond to the Complaint (the "Complaint") and a continuance of the status hearing scheduled for August 15, 2008.  In support of this Motion, Terra and Kaplan state as follows:

1. Terra's and Kaplan's responses to the Complaint were due by July 17, 2008.

2. Counsel for plaintiff Irwin Mortgage Corporation ("Irwin") and counsel for Terra and Kaplan have been conferring and are continuing to confer regarding a resolution of the claims against Terra and Kaplan.  Terra and Kaplan request a twenty-one day extension of time to answer or otherwise plead in response to the Complaint so that they may focus their resources and efforts on the continuation of this process.

3. A status hearing is currently scheduled for August 15, 2008. Irwin requests that the status hearing be continued to September 12 or September 19, 2008.

4. Terra and Kaplan make these requests in good faith and not for purposes of delay. Counsel for Irwin has informed counsel for Terra and Kaplan that Irwin agrees to the relief sought in this Motion.

WHEREFORE, Terra and Kaplan request that this Court extend their time to answer or otherwise plead in response to the Complaint by twenty-one days, through and including August 7, 2008, and continue the status hearing scheduled for August 15, 2008 to September 12 or September 19, 2008.

Date: July 18, 2008                                            SCHIFF HARDIN LLP

                                                                By:   s/ Nick Kahlon
                                                                      Frederick J. Sperling
                                                                      Nick Kahlon
                                                                      6600 Sears Tower
                                                                      Chicago, Illinois 60606
                                                                      (312) 258-5500

                                                                      Attorneys for Defendants Terra
                                                                      Financial Consulting Corporation
                                                                      and Alexey Y. Kaplan

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 18, 2008, I electronically filed the foregoing *Agreed Motion for Extension of Time to Answer or Otherwise Plead and for Continuance of Status Hearing* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                   s/ Nick Kahlon
                                                                     Nick Kahlon