UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRWIN MORTGAGE CORPORATION, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>TERRA FINANCIAL CONSULTING )<br>CORPORATION, GALYNA SVENTEK, )<br>PETRO KYSELYTSYA, ALEXEY Y. )<br>KAPLAN a/k/a ALEX KAPLAN, and )<br>ALEKSANDER KULCHITSKIY, )<br>)<br>**Defendants.** ) | Case No.: 08CV3032<br><br>Hon. Milton I. Shadur<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF AGREED MOTION

TO:  Alex Darcy
     Askounis & Darcy PC
     333 North Michigan Ave., Suite 510
     Chicago, Illinois 60601

PLEASE TAKE NOTICE that on Tuesday, July 29, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, Defendants Terra Financial Consulting Corporation and Alexey Y. Kaplan shall appear before the Honorable Milton I. Shadur or any judge sitting in his stead in Room 2303 at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and present the **Agreed Motion for Extension of Time to Answer or Otherwise Plead and for Continuance of Status Hearing**, a copy of which is hereby served upon you

Date:  July 18, 2008                                SCHIFF HARDIN LLP

                                         By:    s/ Nick Kahlon
                                                Frederick J. Sperling
                                                Nick Kahlon
                                                6600 Sears Tower
                                                Chicago, Illinois 60606
                                                (312) 258-5500

                                                Attorneys for Defendants Terra
                                                Financial Consulting Corporation
                                                and Alexey Y. Kaplan

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2008, I electronically filed the foregoing *Notice of Agreed Motion for Extension of Time to Answer or Otherwise Plead and for Continuance of Status Hearing* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                s/ Nick Kahlon
                                                                Nick Kahlon