UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Irwin Mortgage Corp.

v.                                NO.  08 C 3032

Terra Financial Consulting, et al.

## Affidavit of Special Process Server

Jeffrey F. Mills, being first duly sworn on oath, deposes and states as follows:

I.   That he resides at 1673 Spaulding Rd., Bartlett, IL, 60103.

II.  That he served the within Docket Order dated 5-30-08 on the within named defendant, **TERRA FINANCIAL CONSULTING** by leaving a copy of each with **ALEX KAPLAN**, an agent of the said defendant on **7-22-08**.

III. (a) That the sex, race and approximate age of the defendant or other person with whom he left the Summons are as follows:
Sex **M**  Race **W**  Approximate Age **35-40**
Other: _____

(b) That the place where and the date and time of the day when the Summons was left with the defendant or other person were as follows:
Place: **4043 W. DEMPSTER, SKOKIE**
Date: **7-22-08**  Time of day: **4:00 p.m.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Fees is true and correct.

_____
Special Process Server

255