**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IRWIN MORTGAGE CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  08CV3032** |
| | ) | |
| **TERRA FINANCIAL CONSULTING** | ) | **Hon. Milton I. Shadur** |
| **CORPORATION, GALYNA SVENTEK,** | ) | |
| **PETRO KYSELYTSYA, ALEXEY Y.** | ) | **Magistrate Judge Jeffrey Cole** |
| **KAPLAN a/k/a ALEX KAPLAN, and** | ) | |
| **ALEKSANDER KULCHITSKIY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**AGREED MOTION FOR STAY**</u>

Defendants Terra Financial Consulting Corporation ("Terra") and Alexey Y. Kaplan ("Kaplan"), by their attorneys, respectfully move this Court for entry of an order staying their responses to the Complaint and their obligations under the Court's scheduling order through and including September 19, 2008.  In support of this Motion, Terra and Kaplan state as follows:

1.      Terra and Kaplan have reached an agreement with plaintiff Irwin Mortgage Corporation to resolve the claims against Terra and Kaplan without any admission of liability by any party.

2.      Terra's and Kaplan's responses to the Complaint are presently due by August 7, 2008.

3.      Terra and Kaplan anticipate that a written settlement agreement should be finalized and the claims against them dismissed before the status conference scheduled for September 19, 2008.  Accordingly, Terra and Kaplan request that the Court enter an order

1

staying their responses to the Complaint and their obligations under the Court's scheduling order through and including September 19, 2008.

    4.    Terra and Kaplan make these requests in good faith and not for purposes of delay. Plaintiffs' counsel has informed counsel for Terra and Kaplan that plaintiff agrees to the relief sought in this Motion.

    WHEREFORE, Terra and Kaplan request that this Court enter an order staying their responses to the Complaint and their obligations under the Court's scheduling order through and including September 19, 2008.

Date:  August 5, 2008

SCHIFF HARDIN LLP

By:    _s/ Nick Kahlon_____
    Frederick J. Sperling
    Nick Kahlon
    6600 Sears Tower
    Chicago, Illinois 60606
    (312) 258-5500

    Attorneys for Defendants Terra
    Financial Consulting Corporation
    and Alexey Y. Kaplan

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2008 I electronically filed the foregoing *Agreed Motion for Stay* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<div align="center" style="margin-left:auto">

_____
s/ Nick Kahlon
Nick Kahlon

</div>

CH1\5931206.1