UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRWIN MORTGAGE CORPORATION, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 08CV3032 |
| ) | |
| TERRA FINANCIAL CONSULTING ) | Hon. Milton I. Shadur |
| CORPORATION, GALYNA SVENTEK, ) | |
| PETRO KYSELYTSYA, ALEXEY Y. ) | Magistrate Judge Jeffrey Cole |
| KAPLAN a/k/a ALEX KAPLAN, and ) | |
| ALEKSANDER KULCHITSKIY, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF AGREED MOTION

TO:   Alex Darcy
      Askounis & Darcy PC
      333 North Michigan Ave., Suite 510
      Chicago, Illinois 60601

PLEASE TAKE NOTICE that on Thursday, August 14, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, defendants Terra Financial Consulting Corporation and Alexey Y. Kaplan shall appear before the Honorable Milton I. Shadur or any judge sitting in his stead in Room 2303 at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and present the **Agreed Motion for Stay**, a copy of which is hereby served upon you

Date: August 5, 2008                    SCHIFF HARDIN LLP

                                        By:   s/ Nick Kahlon
                                              Frederick J. Sperling
                                              Nick Kahlon
                                              6600 Sears Tower
                                              Chicago, Illinois 60606
                                              (312) 258-5500

                                              Attorneys for Defendants Terra
                                              Financial Consulting Corporation
                                              and Alexey Y. Kaplan

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I electronically filed the foregoing *Notice of Agreed Motion for Stay* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Nick Kahlon
Nick Kahlon

CH2\2654767.1